AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MIDWEST CORP., MENU
FOODS INCOME FUND;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV1490 (NLH)

TO: (Name and address of Defendant)

MENU FOODS LIMITED
8 Falconer Drive
Mississauga, ON L5n 1B1
Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE 4/2/07

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MIDWEST CORP., MENU
FOODS INCOME FUND;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv1490(NLH)

TO: (Name and address of Defendant)

MENU FOODS INC.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE 4/2/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MIDWEST CORP., MENU
FOODS INCOME FUND;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv1490 (NLH)

TO: (Name and address of Defendant)

MENU FOODS MIDWEST CORP.
1400 E. Logan Avenue
Emporia, KS 66801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK _____  DATE 4/2/07

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MEDWEST CORP., MENU
FOODS INCOME FUND;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv 1490 (NLH)

TO: (Name and address of Defendant)

MENU FOODS INCOME FUND
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK _____

(By) DEPUTY CLERK

DATE 4/2/07

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MIDWEST CORP., MENU
FOODS INCOME FUND;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv 1490 (NLH)

TO: (Name and address of Defendant)

MENU FOODS SOUTH DAKOTA, INC
630 North Derby Lane
North Sioux City, SD 57049

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                                4/2/07

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MIDWEST CORP., MENU
FOODS INCOME FUND;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV1490 (NLH)

TO: (Name and address of Defendant)

MENU FOODS HOLDINGS, INC.
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK _____        DATE  4/2/07

(By) DEPUTY CLERK