AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____    _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MEDWEST CORP., MENU
FOODS INCOME FUND;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv 1490 (NLH)

TO: (Name and address of Defendant)

MENU FOODS INC.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

## WILLIAM T. WALSH

_____    4/2/07
CLERK                                DATE

_____
(By) DEPUTY CLERK

Dockets.Justia.com

| *Attorney or Party without Attorney:* | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>*Telephone No:* 973-623-3000    *FAX No:* 973-623-0858 | | | | | |
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - District of New Jersey | | | | | |
| *Plaintiff:* Alexander Nunez, et al. | | | | | |
| *Defendant:* Menu Foods Limited, et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>Summons/Complaint | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV1490NLH | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Certificate of Non-Arbitrability

3. a. *Party served:*                              Menu Foods, Inc.
   b. *Person served:*                     Margaret Phillips, Person Authorized to Accept Legal Process

4. *Address where the party was served:*       Corporation Trust Company
   820 Bear Tavern Road
   West Trenton, NJ 08628

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 3:15PM

7. *Person Who Served Papers:*
   a. Douglas Boyle
   b. **Class Action Research &**
   Litigation Support Services, Inc.
   6543 Kite Hawk Place
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of
New Jersey that the foregoing is true and correct.

_5/18/07_
*(Date)*

_D. Boyle_
*(Signature)*

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

My Commission Expires_____
*(Date)*

AFFIDAVIT OF SERVICE
Summons/Complaint

_____ (Notary Public))

5-18-07

*jodep.100019*

ROBERT CIFELLI
Notary Public of New Jersey
My Commission Expires Oct. 6, 2008

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MEDWEST CORP., MENU
FOODS INCOME FUND;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07cv 1490 (NLH)

TO: (Name and address of Defendant)

MENU FOODS MIDWEST CORP.
1400 E. Logan Avenue
Emporia, KS 66801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

CLERK _____

(By) DEPUTY CLERK

DATE 4/2/07

| Attorney or Party without Attorney:<br>Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone No: 973-623-3000    FAX No: 973-623-0858 | | For Court Use Only |
|---|---|---|
| *Ref. No. or File No.:* | | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court - District of New Jersey

Plaintiff: Alexander Nunez, et al.

Defendant: Menu Foods Limited, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV1490NLH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Certificate of Non-Arbitrability

3. a. *Party served:*        Menu Foods Midwest Corp.
   b. *Person served:*      Scott LaScala, Person Authorized to Accept Legal Process

4. *Address where the party was served:*      The Corporation Trust Company
   1209 Orange Street
   Wilmington, DE 19801

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 1:26PM

7. *Person Who Served Papers:*
   a. Lou Matos
   **b. Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

5-29-07
*(Date)*                    *(Signature)*

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 24, 2007

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires __11/24/07__
                        *(Date)*

AFFIDAVIT OF SERVICE
Summons/Complaint                    *(Notary Public)*

*jodep.100018*

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MEDWEST CORP., MENU
FOODS INCOME FUND;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:     07cv 1490 (NLH)

TO: (Name and address of Defendant)

MENU FOODS INCOME FUND
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                                    4/2/07

CLERK _____          DATE

_____
(By) DEPUTY CLERK

| *Attorney or Party without Attorney:*<br>Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>*Telephone No:* 973-623-3000    *FAX No:* 973-623-0858 | *For Court Use Only:* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - District of New Jersey

*Plaintiff:* Alexander Nunez, et al.

*Defendant:* Menu Foods Limited, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV1490NLH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Certificate of Non-Arbitrability

3. a. Party served:          Menu Foods Income Fund
   b. Person served:        Mark Wiens, Chief Financial Officer

4. Address where the party was served:    8 Falconer Drive
   Mississauga, Ontario, CAN  L5N 1B1

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 4:00PM

7. **Person Who Served Papers:**
   a. Richard Hoeg
   b. **Class Action Research and**
   Litigation Support Services, Inc.
   6543 Kite Hawk Place
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

   MAY 17 2007

   *(Date)*          *(Signature)*

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

My Commission Expires_____
*(Date)*

Greg Borg, a Commissioner, etc., City of
Toronto, for Borg Process Servers Inc.,
and for Process Serving and Tenant
Protection Act, 1997 matters only.
Expires March 14, 2009.

AFFIDAVIT OF SERVICE
Summons/Complaint

*(Notary Public))*          *jodep.100017*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MEDWEST CORP., MENU
FOODS INCOME FUND;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV 1490 (NLH)

TO: (Name and address of Defendant)

MENU FOODS SOUTH DAKOTA, INC
630 North Derby Lane
North Sioux City, SD 57049

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

_____
(By) DEPUTY CLERK

DATE  4/2/07

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone No: 973-623-3000    FAX No: 973-623-0858 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court - District of New Jersey

Plaintiff: Alexander Nunez, et al.

Defendant: Menu Foods Limited, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV1490NLH |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Certificate of Non-Arbitrability

3. a. *Party served:*    Menu Foods South Dakota, Inc.
   b. *Person served:*    Scott LaScala, Person Authorized to Accept Legal Process

4. *Address where the party was served:*    The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 1:26PM

*7. Person Who Served Papers:*
   a. Lou Matos
   **b. Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

5-29-07
*(Date)*

*(Signature)*

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 24, 2007

*8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires  11/24/07
*(Date)*

AFFIDAVIT OF SERVICE
Summons/Complaint

*(Notary Public)*

jodep.100016

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MEDWEST CORP., MENU
FOODS INCOME FUND;

CASE NUMBER: 07CV1490 (NLH)

TO: (Name and address of Defendant)

MENU FOODS LIMITED
8 Falconer Drive
Mississauga, ON L5n 1B1
Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

_____     DATE 4/2/07
CLERK

_____
(By) DEPUTY CLERK

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ  07102<br>*Telephone No:* 973-623-3000    *FAX No:* 973-623-0858 | | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>  United States District Court - District of New Jersey | | | | | |
| *Plaintiff:* Alexander Nunez, et al. | | | | | |
| *Defendant:* Menu Foods Limited, et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV1490NLH | |

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Certificate of Non-Arbitrability

3.  *a. Party served:*                                      Menu Foods Limited
    *b. Person served:*                                 Mark Wiens, Chief Financial Officer

4.  *Address where the party was served:*           8 Falconer Drive
                                                Mississauga, Ontario, CAN  L5N 1B1

5.  *I served the party:*
    a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 4:00PM

7.  *Person Who Served Papers:*                               *Fee for Service:*
    a. Richard  Hoeg                                     I Declare under penalty of perjury under the laws of the State of
    b. **Class Action Research and**                 New Jersey that the foregoing is true and correct.
        Litigation Support Services, Inc.
        6543 Kite Hawk Place
        Penryn, CA  95663              **MAY 17 2007**
    c. (866) 663-9590, FAX (866) 663-4955
                                      *(Date)*                        *(Signature)*

8.  *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires_____

Greg Borg, a Commissioner, etc., City of
Toronto, for Borg Process Servers Inc.
and for Process Serving and Tenants
Protection Act, 1997 matters only.
Expires March 14, 2009.

AFFIDAVIT OF SERVICE
Summons/Complaint

*(Notary Public))*

*jodep.100020*

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ALEXANDER NUNEZ, on behalf of himself and
all others similarly situated

V.

MENU FOODS LIMITED; MENU FOODS, INC.,
MENU FOODS MEDWEST CORP., MENU
FOODS INCOME FUND;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV1490 (NLH)

TO: (Name and address of Defendant)

MENU FOODS HOLDINGS, INC.
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

_____        _____
CLERK                                                              DATE

_____
(By) DEPUTY CLERK

| Attorney or Party without Attorney:<br>Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone No: 973-623-3000     FAX No: 973-623-0858 | | For Court Use Only |
|---|---|---|
| Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of New Jersey | | |
| Plaintiff: Alexander Nunez, et al. | | |
| Defendant: Menu Foods Limited, et al. | | |

| AFFIDAVIT OF SERVICE<br>Summons/Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV1490NLH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Certificate of Non-Arbitrability

3. a. Party served:            Menu Foods Holdings, Inc.
   b. Person served:           Scott LaScala, Person Authorized to Accept Legal Process

4. Address where the party was served:    The Corporation Trust Company
                                          1209 Orange Street
                                          Wilmington, DE  19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 1:26PM

7. *Person Who Served Papers:*
   a. Lou Matos
   **b. Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

5-29-07
(Date)                (Signature)

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 24, 2007

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires___11/24/07___
                          (Date)

AFFIDAVIT OF SERVICE
Summons/Complaint

(Notary Public))

jodep.100015